WHITE *vs.* HESS and others.

Where there are several defendants, and there is but one suit pending between the complainant and the first defendant named therein with others, it is sufficient, in the entitling of an affidavit, to entitle it in the name of the complainant against the first defendant, and others; without setting forth the names of all the defendants at length.

THE affidavit upon which the motion in this case was founded, was entitled " Broughton White v. Frederick Hess and others," without setting forth the names of all the other defendants in the suit ; and was objected to on that ground.

*C. E. Clark,* for the complainant.

*D. Burwell,* for the defendants.

The CHANCELLOR decided that the affidavit was properly entitled to render the deponent liable for perjury if the affidavit was false. That where there was but one suit pending, in which White was the complainant and Hess and others were defendants, it was sufficient to entitle the affidavit in this manner ; without setting forth the names of all the other defendants at length. And that where the defendants were numerous, if the solicitor unnecessarily stated all their names at large, in entitling the cause, he would not be authorized upon taxation to an allowance for the extra folios thereby made in the affidavit.